DWIGHT S. GUTHRIE, Respondent, Appellant, v. FEDERAL EXPORT CORPORATION, Appellant, Respondent.— Order so far as appealed from by plaintiff affirmed; so far as appealed from by defendant, order modified by striking out of the 2d paragraph of the order as modified beginning with the word " ordered," after the words " documents relating to the," the following " said net income Federal taxation and;" and in the same paragraph striking out the words " copy income and excess profits tax returns for the years 1917, 1918 and 1919;" and as so modified affirmed, without costs.  No opinion.  Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LOUIS N. HARTOG, Appellant, v. CORN PRODUCTS REFINING COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JOHN DOYLE, as President of DOCK COOPERS' UNION, LOCAL No. 6, OF THE COOPERS' INTERNATIONAL UNION OF NORTH AMERICA, Appellant, v. THOMAS V. O'CONNOR, as President of INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MAXINE SIKES DOUGLAS, Respondent, v. CHARLES G. A. PFITSCH, Impleaded with BALTIC STEAMSHIP CORPORATION OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

METROPOLITAN CREDIT CORPORATION OF NEW YORK CITY, Respondent, v. DAVID SLADE, Appellant, Impleaded with JAMES A. PINATEL, First Name Fictitious, etc.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HECKSCHER BUILDING CORPORATION, Respondent, v. WALTER MELTON, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

DAVID SHAPIRO and Another, Copartners, etc., Appellants, v. REGAL SILK CO., INC., Respondent.— Order modified as directed in order and as so modified affirmed, with ten dollars costs and disbursements to appellants.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CHARLES L. CARTER, Respondent, v. WILLIAM WALKER & SONS, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.